

# Fourth Court of Appeals
## San Antonio, Texas

August 21, 2019

No. 04-19-00203-CV

**IN THE INTEREST OF L.A.V., A CHILD**,

From the 166th Judicial District Court, Bexar County, Texas
Trial Court No. 2018EM506059
The Honorable Eric Rodriguez, Judge Presiding

## O R D E R

Appellant's brief was filed on June 20, 2019. Therefore, appellee's brief was due to be filed on July 22, 2019. As of this date, neither the appellee's brief nor a motion for extension of time has been filed. Appellee is not represented by counsel. The last correspondence mailed to appellee from the court at the address on record was returned and marked as "Not Deliverable as Addressed." The court's records do not contain an email address for appellee. A party unrepresented by counsel must provide the court with a current mailing address, telephone number, fax number (if any), and email address. *See* TEX. R. APP. P. 9.1(b). A party is required to promptly update the court of any change in mailing address, telephone or fax number, or email address.

It is therefore ORDERED that appellee show cause in writing ***within ten (10) days*** from the date of this order why this appeal should not be set at issue. If appellee fails to respond, this appeal will be set at issue without an appellee's brief.

_____
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 21st day of August, 2019.

_____
Keith E. Hottle,
Clerk of Court